**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7721**

───────────

VERNON BULLOCK,

Plaintiff - Appellant,

and

AARON CORBETT; JOSEPH MANN,

Plaintiffs,

versus

COUNTY OF WAKE; JOHN H. BAKER, Wake County
Sheriff; RUSSELL ALLEN, City Manager; JOHN
DOE; JANE DOE,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-316-5-H)

───────────

Submitted: January 30, 2002          Decided: February 5, 2003

───────────

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Vernon Bullock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon Bullock appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Bullock v. County of Wake, No. CA-02-316-5-H (E.D.N.C. Oct. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED